[No. 27037-4-II.  Division Two.  February 7, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. ROBERT S. HARDMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-02816-6, Rosanne Buckner, J., and Ronald Culpepper, J. Pro Tem., entered February 16, 2001. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 27361-6-II.  Division Two.  February 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN WARREN SWAGERTY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 96-1-00102-2, George L. Wood, J., entered May 16, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 27390-0-II.  Division Two.  February 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. HARVEY J. JAMES, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 84-1-00093-6, George L. Wood, J., entered May 22, 2001. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

[Nos. 27658-5-II; 27669-1-II.  Division Two.  February 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNA ROTKO, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Pierce County, No. 01-1-00347-1, Karen L. Strombom, J., entered July 6, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J. Now published at 116 Wn. App. 230.